IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:19-10001-STA |
| JOEL GOMEZ-NAVARRETTE, | ) |
| Defendant. | ) |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on March 4, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Joel Gomez-Navarrette, appearing in person, and with counsel, Jawara Griffin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 18, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 4th day of March, 2019.

                                                  s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT